CLOSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**Sergio Martinez-Roman**

Citizen of Mexico

USM#: 72027-208     DOB: 1981

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10461-001M-SD

Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A77 142 691

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/23/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIXTY-FIVE (65) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10461-001M-SD**  Page 2 of 2
USA vs. Sergio Martinez-Roman

Date of Imposition of Sentence: **Monday, July 23, 2007**

_____ Date 7/23/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By:_____
United States Marshal                                         Deputy Marshal
07-10461-001M-SD -

UNITED STATES DISTRICT COURT     MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 7/23/2007     CASE NUMBER: 07-10461-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Sergio Martinez-Roman

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____    INTERPRETER REQ'D: Ricardo Gonzalez
Attorney for Defendant: Matthew Johnson (AFPD)    LANGUAGE: Spanish

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

DOA 7/21/07
☒ Complaint Filed
☒ Appointment of counsel hearing held
☐ Financial Afdvt taken
☒ No Financial Afdvt taken
☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed   ☐ Class A Misd   ☐ Class B Misd   ☐ Class C Misd
☐ Consent of Defendant   ☐ Information filed ____   ☐ Complaint filed ____
☒ Defendant sworn and examined by the Court   ☒ Plea of Guilty   ☐ Not Guilty   ☒ Entered to Counts TWO
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because ____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before ____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 65 days   ☐ Probation/Supervised Release for ____
☒ Special Assessment $ REMITTED   ☐ Fine $____   ☐ Restitution $____
Other: ____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

UNITED STATES DISTRICT COURT    MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Yuma

DATE: 7/22/07    CASE NUMBER: 07-10461M-001

USA vs. Sergio Martinez-Roman

U.S. MAGISTRATE JUDGE: MARK W REEVES FOR JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER: Ricardo Gonzalez
    LANGUAGE: Spanish
Attorney for Defendant __
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 7/21/07
☒ Initial Appearance    ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☐ Defendant Sworn    ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)    ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
    ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found  ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held ☐ Con't ☐ Reset
Set for:
Before:

Other: Appointment of counsel, plea and possible sentence set for 7/23/07 at 2:00 pm before Magistrate Judge Irwin.

Recorded by Courtsmart (2 min)
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Sergio MARTINEZ-Roman
Citizen of Mexico
YOB: 1981
A77 142 691
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-10461M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about November 21, 2003, Defendant Sergio MARTINEZ-Roman was arrested and removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about July 21, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about July 21, 2007, within the Southern District of California, Defendant Sergio MARTINEZ-Roman, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
**Artemio Garcia**
**Senior Patrol Agent**

Sworn to before me and subscribed in my presence,

July 22, 2007                           at        Yuma, Arizona
Date                                              City and State

James Montgomery, Acting U.S. Magistrate
Name & Title of Judicial Officer          Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:          Sergio MARTINEZ-Roman

Dependents:         None

**IMMIGRATION HISTORY:**     The Defendant was last removed through Nogales, Arizona on November 21, 2003. The Defendant has three prior removals and eleven Border Patrol apprehensions.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 10/10/03 | Yuma, AZ | 8 USC 1325 | 60 days CBOP |
| 09/13/03 | Modesto, CA | Battery, Trespass, Injure RR | Unknown |
| 01/11/02 | Yuma, AZ | 8 USC 1325 | 45 days jail |
| 05/22/01 | Los Angeles, CA | FTA, No license | Unknown |
| 12/27/01 | Los Angeles, CA | Trans/sell narc/cntl sub | Unknown |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on July 21, 2007.

Charges:    8 USC§1326          (Felony)
            8 USC§1325          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 22, 2007_____          _____
Date                                      Signature of Judicial Officer

## Probable Cause Statement

I, Senior Patrol Agent Artemio Garcia, declare under penalty of perjury, the following is true and correct:

Defendant:               Sergio MARTINEZ-Roman

Dependents:              None

**IMMIGRATION HISTORY:**   The Defendant was last removed through Nogales, Arizona on November 21, 2003. The Defendant has three prior removals and eleven Border Patrol apprehensions.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 10/10/03 Yuma, AZ | 8 USC 1325 | 60 days CBOP |
| 09/13/03 Modesto, CA | Battery, Trespass, Injure RR | Unknown |
| 01/11/02 Yuma, AZ | 8 USC 1325 | 45 days jail |
| 05/22/01 Los Angeles, CA | FTA, No license | Unknown |
| 12/27/00 Los Angeles, CA | Trans/sell narc/cntl sub | Unknown |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on July 21, 2007.

Executed on: Date  July 22, 2007              Time:        9:00 AM

Signed: _____  Senior Patrol Agent


### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on July 21, 2007 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date  7/22/07    Time  1051 Am

Signed: _____  United States Magistrate Judge